AI BARLOW, Administrator of the Estate of Ned Peterson, Deceased, v. UNITED STATES of America.

No. 1737.

Circuit Court of Appeals, Tenth Circuit.

Jan. 9, 1939.

Lawrence E. Goldman, of Kansas City, Mo., for appellant.

Summerfield S. Alexander, U. S. Atty., of Topeka, Kan.

Before PHILLIPS, BRATTON, and WILLIAMS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant at appellant's costs.

James Vernon BATSON, Appellant, v. J. W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 8972.

Circuit Court of Appeals, Fifth Circuit.

Feb. 2, 1939.

James Vernon Batson, in pro. per.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and J. Ellis Mundy, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before FOSTER, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment dismissing a writ of habeas corpus and remanding appellant to the custody of the warden of the Federal penitentiary at Atlanta, Georgia. The record presents no reversible error.

Affirmed.

Reba BETCHEN, Trading as Betchen's, Bankrupt, Appellant, v. Lester MILLER, Trustee, etc., et al.

No. 6952.

Circuit Court of Appeals, Third Circuit.

Dec. 19, 1938.

David S. Malis, of Philadelphia, Pa., for appellant.

Hyman Zuckerman, of Philadelphia, Pa., for appellees.

Before MARIS, CLARK, and THOMPSON, Circuit Judges.

PER CURIAM.

Affirmed.